610 A.2d 43

**COMMONWEALTH of Pennsylvania, ex rel. William C. ZEIDERS, Appellant,**

**v.**

**COMMONWEALTH of Pennsylvania, State Board Members of Probation/Parole.**

No. 21 M.D. Appeal Dkt. 1992.

Supreme Court of Pennsylvania.

July 10, 1992.

## ORDER

PER CURIAM:

AND NOW, this 10th day of July, 1992, jurisdiction is noted and the order of the Commonwealth Court dated February 18, 1992, is affirmed.